JS-6 Enter

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DENTRAY WHITE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JOHN MARSHALL, WARDEN,<br><br>　　　　Respondent. | Case No. CV 09-00819 VBF (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: April 16, 2009

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY